**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID WEBB, | No. 09-16391 |
| Plaintiff - Appellant, | D.C. No. 1:08-cv-00487-DAE-LEK |
| v. | |
| JOANNE SUMIE ONIZUKA; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submitted May 25, 2010[**]

Before:     CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

David Webb appeals pro se from the district court's judgment dismissing his

action arising from his purchase of a used vehicle. We have jurisdiction under 28

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1291.  We review de novo.  *Peralta v. Hispanic Bus., Inc.*, 419 F.3d 1064, 1068 (9th Cir. 2005).  We affirm the dismissal of each defendant because the district court lacked subject matter jurisdiction.

**AFFIRMED.**